**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                        PLAINTIFF

v.                                          NO. 4:11CR00156-03-JLH

KRISTON D. BIRMINGHAM                                                                        DEFENDANT

## ORDER

Kriston D. Birmingham has filed a motion for early termination of supervised release. The Court directs the United States to file a response to the motion on or before December 15, 2016. The Court directs the probation office to provide the Court with a report regarding this motion.

IT IS SO ORDERED this 2nd day of December, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE